■ NEIL B. WEBB et al., Respondents, v TORRINGTON INDUSTRIES, INC., Appellant. (Appeal No. 1.) [775 NYS2d 743]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered March 26, 2003. The order granted plaintiffs' motion for summary judgment in a breach of contract action.

■ NEIL B. WEBB et al., Respondents, v TORRINGTON INDUSTRIES, INC., Appellant. (Appeal No. 2.) [775 NYS2d 743]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered July 15, 2003. The order awarded plaintiffs attorneys' fees and damages of $6,400 plus interest, costs and disbursements.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for the